IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE E. ROBINSON,

    Plaintiff,                     No. CIV S-01-2225 DFL KJM P

    vs.

LOU BLANAS, et al.,

    Defendants.              <u>ORDER</u>

_____/

    The court has been informed that the parties have reached a settlement agreement. Good cause appearing, IT IS HEREBY ORDERED that dispositional documents be filed no later than twenty days from this order. Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: June 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
robi2225.1045