1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Michael W. Pott, SBN 186156
Justin N. Telford,  SBN 232335
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants
ONESIMUS ORTIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DALE E. ROBINSON,

      Plaintiff,

v.

LOU BLANAS, ONESIMUS ORTIZ and
COUNTY OF SACRAMENTO

      Defendants.
_____/

CASE NO.  01-CV-2225 DFL KJM P

**STIPULATION OF DISMISSAL**
**[FRCP 41(a)(1) and (2)]**

Complaint Filed:      12/04/01

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

Dated:  June ___, 2005

KING HALL CIVIL RIGHTS CLINIC
U.C. Davis School of Law

By _____
      Carter C. White

Dated:  June ___, 2005

PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation

By _____
      Michael W. Pott
      Justin N. Telford
      Attorneys for Defendants

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

1

00370940.WPD                    STIPULATION OF DISMISSAL

1   In consideration of the Stipulation entered by the parties, the <u>Robinson v. Blanas, et al</u>,

2   United States District Court, Eastern District of California, Case No. 01-CV-2225 DFL KJM P is

3   hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

4   **IT IS SO ORDERED.**

5   Dated: June 23, 2005

6

7

8   _____
    DAVID F. LEVI

9   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

28

2

CASE NAME:      Robinson v. Blanas
CASE NO.:       CIV-S-012225 DFL JFM P

## DECLARATION OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is P.O. Box 255428, 350 University Avenue, Suite 200, Sacramento, California 95865.

On **June 17, 2005**, I served the following:

### STIPULATION OF DISMISSAL

**BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Sacramento, California.

XX   **BY PERSONAL SERVICE.** I delivered the above-listed document(s) by hand to the office of the person(s) listed below.

**BY OVERNIGHT DELIVERY.** I caused the above-listed document(s) to be delivered by overnight delivery to the office of the person(s) listed below.

**BY FACSIMILE.** I caused the above-listed document(s) to be transmitted by facsimile machine to the office of the person(s) listed below.

Carter C. White, Supervising Attorney
**KING HALL CIVIL RIGHTS CLINIC**
U.C. Davis School of Law
One Shields Avenue, Bldg. T B 30
Davis, CA 95616-8821

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed on **June 23, 2005**, at Sacramento, California.

_____
Penny Adams

LAW OFFICES OF
**PORTER, SCOTT,**
**WEIBERG & DELEHANT**
A PROFESSIONAL CORPORATION
350 UNIVERSITY AVE., SUITE 200
P.O. BOX 255428
SACRAMENTO, CA 95865
(916) 929-1481
www.pswdlaw.com

3

00370940.WPD                STIPULATION OF DISMISSAL